search entailed. The Michigan Court of Appeals misconstrued *Ybarra*, and its decision represents an unwarranted expansion of our holding in that case. This is the kind of result that undermines public confidence in the administration of justice. I would grant certiorari to give plenary consideration to this case.

No. 85–314. JAMES, WARDEN *v.* TYLER. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–5283. ASPERO, AKA ROSEBERRY *v.* SHEARSON AMERICAN EXPRESS, INC. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 85–5551. HOPKINSON *v.* WYOMING. Sup. Ct. Wyo.;
No. 85–5608. SMITH *v.* NORTH CAROLINA. Super. Ct. N. C., Halifax County; and
No. 85–5648. MOORE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. Reported below: No. 85–5551, 704 P. 2d 1323; No. 85–5648, 479 N. E. 2d 1264.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–5557. GRACE ET AL. *v.* BURGER, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 84–2016. GREYHOUND LINES, INC. *v.* WILHITE ET AL., *ante*, p. 910;
No. 84–6780. SMITH *v.* FRANCIS, WARDEN, *ante*, p. 925; and
No. 85–83. ZERMAN *v.* MELTON ET AL.; ZERMAN *v.* PRUDENTIAL-BACHE SECURITIES ET AL.; and ZERMAN *v.* JACOBS ET AL., *ante*, p. 845. Petitions for rehearing denied.